ORIGINAL

1  SANDRA R. BROWN
   Acting United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   SARAH J. HEIDEL (Cal. Bar No. 209886)
4  Assistant United States Attorney
   MAJOR FRAUDS SECTION
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2451
7       Facsimile: (213) 894-6269
        E-mail:    sarah.heidel@usdoj.gov
8
   Attorneys for Applicant
9  UNITED STATES OF AMERICA

FILED 2017 MAY 22 PM 3:55 CLERK U.S. DISTRICT COURT CENTRAL DIST OF CALIF LOS ANGELES BY ___

10                 UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  In the Matter of the Search of     No. 16-2031M
    Information associate with
13  accounts identified as              GOVERNMENT'S *EX PARTE* APPLICATION
    bkim@centronind.com,                FOR FIRST EXTENSION OF TIME WITHIN
14  cissysuh@centronind.com,            WHICH TO RETAIN AND SEARCH DIGITAL
    contract@centronind.com, and        EVIDENCE; DECLARATION OF SARAH J.
15  purcahse@ceontron.com.              HEIDEL

16

17

18
        The United States of America, by and through its counsel of
19
   record, Assistant United States Attorney Sarah J. Heidel hereby
20
   applies for an order extending by 120 days the time within which the
21
   government may retain and search digital evidence obtained pursuant
22
   to a federal search warrant obtained under 18 U.S.C. § 2703.
23
   //
24
   //
25
   //
26

27

28

This application is based on the attached declaration of Sarah J. Heidel and the files and records of this case, including the underlying search warrant and affidavit in support thereof.

Dated: May 22, 2017         Respectfully submitted,

                                      SANDRA R. BROWN
                                      Acting United States Attorney

                                      LAWRENCE S. MIDDLETON
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                      /s/
                                      SARAH J. HEIDEL
                                      Assistant United States Attorney

                                      Attorneys for Applicant
                                      UNITED STATES OF AMERICA

## DECLARATION OF SARAH J. HEIDEL

I, SARAH J. HEIDEL, hereby declare and state:

1. I am an Assistant United States Attorney assigned to this investigation for United States Attorney's Office for the Central District of California.

2. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days, the content of the following accounts (the "SUBJECT ACCOUNTS") obtained pursuant to the warrant described below (the "SUBJECT DIGITAL EVIDENCE")

3. October 16, 2016, Raul M. Alcantara of United States Army Criminal Investigation Command obtained a federal search warrant pursuant to 18 U.S.C. § 2703 issued by the Honorable Patrick J. Walsh United States Magistrate Judge, authorizing the search of information associated with the SUBJECT ACCOUNTS that was stored at premises controlled by Yahoo! Inc. The warrant, which is incorporated herein by reference, authorized the search of digital evidence provided by Yahoo! Inc. for a period of 120 days for evidence of violations of 18 U.S.C. § 371 (Conspiracy), 18 U.S.C. § 287 (False Claims), 18 U.S.C. § 1001 (False Statements), and 18 U.S.C. § 1343 (Wire Fraud).

4. Based on information provided to me by agents assigned to this matter, I understand that on October 6, 2016, federal agents served the warrant on Yahoo! Inc.. On November 23, 2016, agents received the SUBJECT DIGITAL EVIDENCE from Yahoo! Inc.

5. This is the first request for an extension. The current deadline by which the government must complete its review of the SUBJECT DIGITAL EVIDENCE is May 22, 2017.

6. Based on information provided to me by agents assigned to this matter, I understand that:

    a. a digital forensic team of agents from Army CID followed the taint protocol procedures set for in Attachment B of the search warrant. This digital forensic team of agents identified approximately 66,063 files of non-privileged records.

    b. In or around February 2017, SA Troy Andrade, a digital forensic examiner with Army CID, received the non-privileged files of SUBJECT DIGITAL EVIDENCE and began to perform subject specific queries on the files.

    c. On or about May 22, 2017, I spoke to SA Andrade and he told me that he had completed the queries on the SUBJECT DIGITAL EVIDENCE. The SUBJECT DIGITAL EVIDENCE had remained in a secure Army CID location since it was received from Yahoo! Inc., and has not been altered in any way.

7. For the following reasons, the government is requesting an additional 120 days to complete its review of the SUBJECT DIGITAL EVIDENCE:

    a. SA Andrade has identified approximately 6,767 files of SUBJECT DIGITAL EVIDENCE that need to be further reviewed for subject matter relevance.

    b. This SUBJECT DIGITAL EVIDENCE consists of approximately 1.5 gigabytes of information. Based on my training and experience, I know that one gigabyte could hold the contents of about ten yards of books on a shelf. One hundred gigabytes could hold an entire library floor of academic journals.

    c. The SUBJECT DIGITAL EVIDENCE also contains a significant portion of text written in the Korean language. The

2

1 | agents will require additional time to have the content of the Korean
2 | records translated into English.
3 |     I declare under penalty of perjury under the laws of the United
4 | States of America that the foregoing is true and correct.
5 | DATED: May 22, 2017

                                           SARAH J. HEIDEL

3