ORIGINAL

1  SANDRA R. BROWN
   Acting United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   SARAH J. HEIDEL (Cal. Bar No. 209886)
4  Assistant United States Attorney
   MAJOR FRAUDS SECTION
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-2451
7       Facsimile:  (213) 894-6269
        E-mail:     sarah.heidel@usdoj.gov
8
   Attorneys for Applicant
9  UNITED STATES OF AMERICA

[FILED
CLERK U.S. DISTRICT COURT
MAY 2 3 2017
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Search of Information associate with accounts identified as bkim@centronind.com, cissysuh@centronind.com, contract@centronind.com, and purcahse@ceontron.com. | No. 16-2031M<br><br>[~~PROPOSED~~] ORDER ALLOWING EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL EVIDENCE |
|---|---|

   For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days (beyond the time period previously authorized), the content of the following accounts:

   a.  bkim@centronind.com,

   b.  cissysuh@centronind.com,

   c.  contract@centronind.com, and

///

///

      d.    purcahse@ceontron.com.

_5/23/17_
DATE

_/s/ Suzanne H. Segal_
UNITED STATES MAGISTRATE JUDGE

SUZANNE H. SEGAL

Presented by:

_/s/ Sarah J. Heidel_
SARAH J. HEIDEL
Assistant United States Attorney